```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


SIDNEY KEYS,                          )
                                      )
              Plaintiff,              )
                                      )
         v.                           )    No. 4:10-CV-734-MLM
                                      )
ST. LOUIS COUNTY SPECIAL DISTRICT,    )
                                      )
              Defendant.              )
```

### ORDER

This matter is before the Court upon plaintiff's motion to voluntarily dismiss his complaint.

On May 3, 2010, while this action was under review pursuant to 28 U.S.C. § 1915, plaintiff submitted a motion to dismiss requesting that this action be voluntarily dismissed, without prejudice. See Fed. R. Civ. P. 41(a). Because no defendant has served an answer or a motion for summary judgment, see Fed. R. Civ. P. 41(a)(1), the Court will grant plaintiff's motion.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Dismiss [Doc. #4] is **GRANTED**. See Fed. R. Civ. P. 41(a).

**IT IS FURTHER ORDERED** that plaintiff's request to proceed in forma pauperis [Doc. #2] is **DENIED**, without prejudice, as moot.

Dated this 5th day of May, 2010.


                              /s/ Jean C. Hamilton
                              **UNITED STATES DISTRICT JUDGE**